Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
jakefreed@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CHU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07800-YGR<br>ORDER GRANTING<br>**STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

WHEREAS, on October 21, 2019, Plaintiff filed this action against Defendant JPMorgan Chase Bank, N.A. ("Chase") and others in the California Superior Court, San Francisco County;

WHEREAS, on November 27, 2019, Chase removed this action to this Court;

WHEREAS pursuant to Federal Rule of Civil Procedure 81, Chase's deadline to respond to the complaint would be December 4, 2019; and

WHEREAS, the parties have reached a settlement, and require additional time to finalize their agreement prior to commencement of active litigation;

NOW THEREFORE, Plaintiffs and Chase HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Chase to answer, move, or otherwise respond to Plaintiffs' Complaint shall be extended up to and including <u>February 4, 2020</u>.

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: December 11, 2019     DAVIS WRIGHT TREMAINE LLP

Joseph E. Addiego III
John D. Freed

By:*/s/ John D. Freed*

John D. Freed

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

RODRIGUEZ LAW GROUP, INC.
Patricia Rodriguez

By:*/s/ Patricia Rodriquez*

Patricia Rodriguez

Attorneys for Plaintiff
STEPHANIE CHU

## ORDER

**IT IS SO ORDERED.**
**Dated: December 13, 2019**

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**STIPULATION TO EXTEND TIME**
**Case No. 19-cv-07800-YGR**