Patricia Rodriguez (SBN 270639)
Rodriguez Law Group, Inc.
7220 North Rosemead Blvd.
Suite 133
San Gabriel, CA 91775
Telephone:   626-888-5206
Fax:               626-282-0522
Email:           prod@attorneyprod.com

Attorneys for Plaintiff
STEPHANIE CHU

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CHU,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No. 19-cv-07800-YGR<br>ORDER ENTERING<br><s>NOTICE OF</s> **VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that PLAINTIFF STEPHANIE CHU voluntarily dismisses the above-entitled action in its entirety as to all Defendants and all causes of action.  This dismissal is WITH PREJUDICE.  Plaintiff files this notice of voluntary dismissal before any opposing party has served either an answer or a motion for summary judgment.

DATED: October 2, 2020

By: */s/Patricia Rodriguez*
      Patricia Rodriguez

Attorney for Plaintiff
STEPHANIE CHU

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

Dated: October 5, 2020